08 CIV 7229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
FRUITRADE INTERNATIONAL, INC.,                2008 Civ.

                 Plaintiff,

       - against -

M/V ALIANCA SHANGHAI, her engines, boilers,
tackle, furniture, apparel, etc *in rem*; COMPANIA
SUD AMERICANA DE VAPORES S.A., and
AMERICAN TRANSPORTATION GROUP, *in
personam*,

                Defendants.
------------------------------------------------------------X



FRCP RULE 7.1
DISCLOSURE STATEMENT

RECEIVED
AUG 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    NOW comes plaintiff, MUND & FESTER GMBH & CO.KG a/s/o FRUITRADE INTERNATIONAL, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    MUND & FESTER GMBH & CO.KG is not a publicly traded company. FRUITRADE INTERNATIONAL, INC. is not a publicly traded company.

Dated: New York, New York
       August 14, 2008
       260-81

                                   CASEY & BARNETT, LLC
                                   Attorneys for Plaintiff

                      By: _____
                          Martin F. Casey (MFC-1415)
                          Gregory G. Barnett (GGB-3751)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225